# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE REYNARD,<br><br>                       Plaintiffs,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC. AND DOES 1-50,<br><br>                       Defendant. | Case No.:   24CV742-W(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On April 11, 2025, the parties filed a Joint Notice of Conditional Settlement stating that "the parties in the above-captioned matter have reached a conditional settlement of the case." ECF No. 12. Because the case has settled, all other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **May 22, 2025**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1  the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys
2  are not required to make any further appearances before Judge Major.
3        If the fully executed joint motion for dismissal is not filed by **May 22, 2025**, then all
4  counsel of record and unrepresented parties are required to appear <u>in person</u> for a Settlement
5  Disposition Conference.  The Settlement Disposition Conference will be held on **May 29, 2025**
6  at **9:30 a.m.** in **Courtroom 3D**.
7        If counsel of record or any unrepresented party fails to appear at the Settlement
8  Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely
9  manner, the Court will issue an order to show cause why sanctions should not be imposed for
10 failing to comply with this Order.
11 **IT IS SO ORDERED.**
12 Dated:  4/16/2025
13                                  Hon. Barbara L. Major
                                 United States Magistrate Judge